

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00224-CV

**IN THE INTEREST OF D.A., A.A.R., C.R., C.P.R., Z.C., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01496
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

      This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellee's brief was originally due to be filed on August 16, 2021. On August 16, 2021, appellee filed a motion requesting an extension of time to file its brief.

      The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id*.

      Appellee's motion is GRANTED. It is ORDERED that appellee's brief must be filed no later than August 23, 2021. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court